United States District Court
Southern District of Texas

**ENTERED**

January 25, 2017

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | |
|---|---|
| | CIVIL ACTION NO.: 2:17-cv-000-33 |
| BIBBY OFFSHORE LIMITED | ADMIRALTY |
| VERSUS | SECTION |
| EMAS CHIYODA SUBSEA, INC. | MAGISTRATE |

## ORDER

Upon reading and filing of the Verified Complaint of the Plaintiff, Bibby Offshore Limited ("Bibby"), and the Court having found that the conditions required for an attachment in aid of arbitration pursuant to 9 U.S.C. §8, the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Rule 9(h) of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED** that the Clerk of Court is authorized and directed to issue the Process of Maritime Attachment on the property of the Defendant as described herein, the M/V LEWEK EXPRESS, a Vanuatu-flagged pipe-laying vessel, IMO No. 8116049, and the M/V AMC AMBASSADOR, an American-flagged offshore supply vessel, IMO No. 9201645.

**IT IS FURTHER ORDERED** that Bibby is authorized to serve upon the M/V LEWEK EXPRESS and the M/V AMC AMBASSADOR and any crewmembers, a copy of the Process of Maritime Attachment in the amount of $14,710,495.25, together with interest, costs and attorneys' fees;

{N3356321.1}

1

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to notify EMAS Chiyoda Subsea, Inc. on whom a copy of the Process of Maritime Attachment and Garnishment may be served that:

1.    An attachment in aid of arbitration pursuant to 9 U.S.C. §8, the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Rule 9(h) of the Federal Rules of Civil Procedure has been commenced against it; and

2.    EMAS Chiyoda Subsea, Inc. is enjoined from removing any property, whether tangible or intangible, including but not limited to the M/V LEWEK EXPRESS and the M/V AMC AMBASSADOR, from this District until further order;

**IT IS FURTHER ORDERED**, that supplemental process enforcing the Court's Order may be issued and served without further Order of the Court.

**IT IS FURTHER ORDERED** that Bibby agrees to hold harmless and indemnify the U.S. Marshal service and its employees from and against any and all liability arising from the attachment of the M/V LEWEK EXPRESS and the M/V AMC AMBASSADOR.

Corpus Christi, Texas, this 25 day of January , 2017.

UNITED STATES DISTRICT JUDGE

Jason B. Libby
United States Magistrate Judge